IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LYNN McDONALD-CUBA,

    Plaintiff/Counter-Defendant,

v.                                                                                         No. 1:09-CV-00554 WPJ/DJS

SANTA FE PROTECTIVE SERVICES, INC.,

    Defendant/Counter-Plaintiff.

## ORDER AMENDING DEADLINES

**THIS MATTER** comes before the Court by the stipulation of the parties, and Defendant's Unopposed Motion (Docket No. 43). The Court is advised that Plaintiff Cuba's responses to discovery propounded by Defendant SFPS are due on December 16, 2009 and that, due to the pending holiday season and other matters, Plaintiff has requested additional time, until December 30, 2009, to respond. The Court is also advised that Defendant SFPS is willing to stipulate to allowing the additional time for response so long as its December 30, 2009 deadlines are extended. The Court has considered the request and motion and finds that good cause for the requested extension has been shown.

    **IT IS THEREFORE ORDERED THAT:**

    To allow Plaintiff additional time to serve her discovery responses,

    1.    Defendant SFPS's deadline to identify expert witnesses to be used at trial and to provide expert witness reports pursuant to Fed.R.Civ.P. 26(a)(2)(B) shall be extended until January 13, 2010; and

2. Defendant SFPS's deadline to amend the pleadings and to join additional parties shall be extended until January 13, 2010.

**DON J. SVET**
**UNITED STATES MAGISTRATE JUDGE**