# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

LYNN McDONALD-CUBA,

    Plaintiff/Counter Defendant,

vs.                                                                                           NO. 09-CV-554 WJ/DJS

SANTA FE PROTECTIVE SERVICES, INC,

    Defendant/Counter Plaintiff.

## JUDGMENT

THIS MATTER came before the Court upon Defendant's Motion for Summary Judgment on Plaintiff's First Amended and Supplemental Complaint filed on February 22, 2010 **(Doc. 65)**. Pursuant to the findings and conclusions set forth in the Memorandum Opinion and Order which accompanies this Rule 58 Judgment;

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Defendant's Motion for Summary Judgment **(Doc. 65)** is hereby GRANTED, thus disposing of this case on its merits and in its entirety.

_____
UNITED STATES DISTRICT JUDGE